UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LARRY DOMINGUEZ,** | Case No. CV03-00195 DSF (AJW) |
| **Plaintiff,** | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| **RUBEN R. ROSAS, et al.,** | |
| **Defendants.** | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report[1] after having made a de novo determination of the portions of the Report to which objection was made.

**IT IS SO ORDERED**.

DATED: 8/10/12

_____
DALE S. FISCHER
United States District Judge

---

[1] The sole exception is that the dismissal is changed from "with prejudice" to "without prejudice."