UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY DOMINGUEZ, | ) |
|             Plaintiff, | ) Case No. CV 03-00195 DSF (AJW) |
|         vs. | ) |
| RUBEN ROSAS, et al., | ) J U D G M E N T |
|             Defendants. | ) |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

Date: 8/10/ 2012

_Dale S. Fischer_
_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE