**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **LARRY DOMINGUEZ,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **RUBEN ROSAS, et al.,** ) <br> ) <br> Defendants. ) <br> ) | Case No. CV 03-00195 DSF (AJW) <br><br> **J U D G M E N T** |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

Date: 8/10/ 2012

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE